

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 5 2009

JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

≋AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__EASTERN__   District of   __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ANTWONG LEROY HERVEY | Case Number:   4:00CR00209 JLH |
| | USM Number:   22252-009 |
| | Jerome Kearney |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __Special, General__  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Failure to participate in chemical free living program as directed by the U.S. Probation Office | July 29, 2008 |
| General | Unlawful use of controlled substance | October 24, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXX-XX-7221

Defendant's Date of Birth:   1980

Defendant's Residence Address:

Little Rock, Arkansas

Defendant's Mailing Address:

same as above

March 5, 2009
Date of Imposition of Judgment

_/s/ J. Leon Holmes_
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

March 5, 2009
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      ANTWONG LEROY HERVEY
CASE NUMBER:    4:00CR00209 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**11 MONTHS to run concurrent with defendant's state sentence presently being served in the Arkansas Department of Correction WITH NO SUPERVISED RELEASE TO FOLLOW**

X   The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends defendant participate in a nonresidential substance abuse treatment during incarceration.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL